61 A.3d 188

Thomas B. COTTON, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

Jan. 22, 2013.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of January, 2013, the Order of the Commonwealth Court is hereby AFFIRMED.